JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHESTER G. JACKSON and<br>ALEXIS M. MCQUEEN,<br><br>    Defendants. | No. 2:24-cr-00038-RAJ<br><br>ORDER CONTINUING TRIAL DATE<br>AND EXTENDING PRETRIAL<br>MOTIONS DEADLINE |

THE COURT has considered Defendant Chester G. Jackson's unopposed motion to continue the trial date and extend the pretrial motions deadline (Dkt. 24), which has been joined by Defendant Alexis M. McQueen (Dkt. 25), and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant such a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

ORDER CONTINUING TRIAL DATE
AND EXTENDING PRETRIAL MOTIONS
DEADLINE - 1

(c) the additional time requested is a reasonable period of delay as the defendants have requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendants in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the time requested between the current trial date and the new trial date is needed to provide counsel the reasonable time necessary to prepare for trial considering counsel's schedule and all the facts set forth above.

IT IS ORDERED that the motion (Dkt. 24) is GRANTED.  The trial date is continued to March 31, 2025.  All pretrial motions, including motions in limine, shall be filed no later than February 11, 2025.

IT IS FURTHER ORDERED that the period of delay from the date of this order to the new trial date of March 31, 2025, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 26th day of April, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge