Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

CHESTER JACKSON,

    Defendant.

No. CR 24 – 038 RAJ

ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION FOR VIDEO
PLEA HEARING

DEFENDANT CHESTER JACKSON's Unopposed Motion for Video Plea Hearing came on regularly for hearing, and, the Court being fully advised, GRANTS the motion.

IT IS THEREFORE ORDERED that the defendant's February 13, 2025 plea hearing shall be conducted through remote video.

DATED this 5th day of February, 2025.

Hon. Richard A. Jones
U.S. District Court Judge

ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION FOR VIDEO PLEA HEARING – 1

US v. Jackson, CR 24 – 038 RAJ