Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHESTER G. JACKSON,<br><br>Defendant. | No. 2:24-cr-00038-RAJ<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING |

Defendant Chester G. Jackson's Unopposed Motion to Continue Sentencing came on regularly for hearing and, the Court being fully advised,

IT IS HEREBY ORDERED that Defendant's Motion (Dkt. 83) is granted. The sentencing hearing in this matter is rescheduled for **August 29, 2025 at 11:00 a.m.**

DATED this 24th day of March, 2025.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO CONTINUE SENTENCING – 1

Law Offices of Stephan R. Illa, Inc. P.S.
P.O. Box 10033
Bainbridge Island, WA 98110
(206) 817-4142