The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>CHESTER G. JACKSON,<br><br>           Defendant. | NO. 2:24-cr-00038-RAJ<br><br>ORDER DENYING MOTION TO CONTINUE SENTENCING HEARING |

THIS MATTER comes before the Court upon Defendant Chester G. Jackson's Unopposed Motion to Continue Sentencing Hearing. Dkt. 114. Having considered the motion, and the files and pleadings herein, the Court **DENIES** the motion. Defendant's sentencing hearing shall remain scheduled for August 29, 2025 at 11:00 a.m. The Court would be amenable to a motion to extend Defendant's date to report to begin serving his custodial sentence, with documentary evidence of the HVAC program in which Defendant intends to participate.

DATED this 17th day of July, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge