Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHESTER G. JACKSON,<br><br>　　　　　　　　Defendant. | No. 2:24-cr-00038-RAJ<br><br>ORDER |

THIS MATTER comes before the Court on Defendant Chester G. Jackson's Emergency Motion to Extend Report Date. Dkt. 166. The Court having considered Defendant's motion, the Government's opposition, the files and pleadings herein, and being fully advised,

IT IS ORDERED that Defendant's Emergency Motion to Extend Report Date (Dkt. 166) is **DENIED**.

DATED this 1st day of January, 2026.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1